United States District Court
for the District of New Jersey

|  |  |
|---|---|
| WARREN HAVENS; SKYBRIDGE SPECTRUM FOUNDATION; TELESAURUS VPC, LLC; AMTS CONSORTIUM, LLC; INTELLIGENT TRANSPORTATION & MONITORING, LLC; TELESAURUS GB, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MOBEX NETWORK SERVICES, LLC; MOBEX COMMUNICATIONS, INC.; PAGING SYSTEMS, INC.; TOUCH TEL CORPORATION; MARITIME COMMUNICATIONS/LAND MOBILE, LLC,<br><br>*Defendants*. | Civil No.: 11-993 (KSH) (CLW)<br><br>**Order** |

This matter having been opened to the Court upon the motion of defendants Paging Systems, Inc. and Touch Tel Corporation (collectively, the "Paging Systems Defendants") for an order granting the Paging Systems Defendants' Motion to Enforce Settlement Agreement or For Dismissal with Prejudice Pursuant to Rule 41(b) [D.E. 203], and for the reasons set forth in the accompanying opinion,

**IT IS**, on this 14th day of May, 2014,

**ORDERED** that the Paging Systems Defendants' Motion [D.E. 203] is hereby GRANTED; and it is further

**ORDERED** that Plaintiffs shall, within 15 days of the entry of this Order, comply with their outstanding obligations under the Settlement Agreement between Plaintiffs and the Paging Systems Defendants including, but not limited to, (i) executing and delivering, via email, the Officer's Certificates and Assignment and Assumptions Agreements memorializing the

assignments of geographic AMTS license effected by numbered paragraphs 2 and 3 of the Settlement Agreement, (ii) filing all required notices of consummation of assignment with the FCC, and (iii) causing Plaintiffs' counsel of counsel of record to execute and deliver, via email, a stipulation, in the form agreed to by the parties, dismissing the Paging Systems Defendants from this action with prejudice.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.