UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN HAVENS; SKYBRIDGE SPECTRUM FOUNDATION; TELESAURUS VPC, LLC; AMTS CONSORTIUM, LLC; INTELLIGENT TRANSPORTATION & MONITORING, LLC; and TELESAURUS GB, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARITIME COMMUNICATIONS/LAND MOBILE, LLC, et al., <br><br> *Defendants*. | Civ. Action No. 11-993 (KSH) (CLW) <br><br><br> **ORDER ON MOTION TO SEAL** |

Plaintiffs having filed, on the fifth day of trial, a motion to seal and redact certain portions of the trial transcripts [D.E. 269], and

The Court having addressed, on the final trial day, the issue of redaction that had been raised in the motion to seal [T9 99:24-100:20], and

Good cause appearing,

**IT IS** on this 2nd day of September, 2014,

**ORDERED** that consistent with the Court's ruling, the parties are directed to jointly notify the Court, in writing, on or before September 16, 2014, of the specific redactions they seek to have made in the trial transcripts.  Failure to do so will result in the motion to seal being deemed withdrawn.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.