**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

WARREN HAVENS; SKYBRIDGE
SPECTRUM FOUNDATION; TELESAURUS
VPC, LLC; AMTS CONSORTIUM, LLC;
INTELLIGENT TRANSPORTATION &
MONITORING, LLC; and TELESAURUS GB,
LLC,

          *Plaintiffs*,

    v.

MARITIME COMMUNICATIONS/LAND
MOBILE, LLC, et al.,

          *Defendants*.

Civ. Action No. 11-993 (KSH) (CLW)

**ORDER AND**
**FINAL JUDGMENT**

---

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 2nd day of September, 2014,

**ORDERED** that the Clerk of the Court shall enter final judgment in favor of defendant Maritime Communications/Land Mobile, LLC; and it is further

**ORDERED** that the Clerk of the Court shall enter final judgment against plaintiffs Warren Havens, Skybridge Spectrum Foundation, Telesaurus VPC, LLC, AMTS Consortium, LLC, Intelligent Transportation & Monitoring, LLC, and Telesaurus GB, LLC; and it is further

**ORDERED** that the complaint is dismissed against Mobex Communications, Inc. and Mobex Netwok Services, LLC.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.