Sean R. Kelly (skelly@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

**STEPHEN HUDSPETH, ESQ.** (*admitted pro hac vice*)
6 Glen Hill Road
Wilton, Connecticut 06897
(203) 762-2846

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN HAVENS; SKYBRIDGE SPECTRUM FOUNDATION; TELESAURUS VPC, LLC; AMTS CONSORTIUM, LLC; INTELLIGENT TRANSPORTATION & MONITORING, LLC; and TELSAURUS GB, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARITIME COMMUNICATIONS/LAND MOBILE, LLC, et al.,<br><br>Defendants. | Civil Action No. 2:11-cv-00993-KSH-CLW<br><br>*Civil Action*<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT**<br><br>*Document Filed Electronically* |

Notice is hereby given that all Plaintiffs in the above named case appeal to the United

States Court of Appeals, Third Circuit, from all of the decisions of the United States District

Court, District of New Jersey, in this action, including, but not limited to: (1) its Opinion and its

Order and Final Judgment entered on September 2, 2014, dismissing Plaintiffs' claims of the

Second Amended Complaint (the "Complaint") under Section 1 of the Sherman Act; and (2) its

Opinion and Order entered on December 22, 2011 dismissing Plaintiffs' claims of the Complaint

under the Federal Communications Act and Section 2 of the Sherman Act.

00975944.DOCX                                    1

Respectfully submitted,


 /s Sean R. Kelly
Sean R. Kelly (skelly@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333

**STEPHEN HUDSPETH, ESQ.**
(*admitted pro hac vice)*
6 Glen Hill Road
Wilton, Connecticut 06897
(203) 762-2846

*Attorneys for Plaintiffs*


Dated:  September 25, 2014